Pollock *v.* Glazier et al.

---

POLLOCK *v.* GLAZIER *et al.*

PLEADING.—In an action against the makers on a note signed by two persons, by their surnames alone, in the usual form of the signature of partners, it is not necessary to aver in the complaint that the makers of the note were partners.

Pollock *v.* Glazier et al.

JUDGMENT.—And on such a note a separate judgment may be taken against one of the parties to it.

USURY.—In a suit on a note which on its face bears 10 per cent. interest, the Court may render judgment for the principal with 6 per cent. interest.

APPEAL from the *Howard* Common Pleas.

*Per Curiam.*—The appellees, who were the plaintiffs, sued *Henry B. Havens* and *James Pollock* upon two promissory notes. The notes are in this form:

"187 dollars and 20 cents. *Cincinnati, January* 29, 1861. Six months after date we, the subscribers, of *Cassville, Howard* county, *Indiana,* promise to pay to the order of *Glazier & Brothers* 187 dollars and 20 cents, at their office in *Cincinnati, Ohio,* value received, without any relief whatever from the appraisement laws, and with 10 per cent. interest after maturity. HAVENS & POLLOCK."

"167 dollars and 25 cents. *Cincinnati, March* 26, 1861. Six months after date we, the subscribers, of *Cassville, Howard* county, *Indiana,* promise to pay to the order of *Glazier & Brothers* 167 dollars and 25 cents, at their office in *Cincinnati, Ohio,* value received, without any relief whatever from the appraisement laws, and with 10 per cent. interest after maturity. HAVENS & POLLOCK."

Process as to *Havens* was returned not found. *Pollock* appeared and demurred to the complaint; but the demurrer was overruled, and thereupon he answered. Issues having been made, the case was submitted to the Court, who found for the plaintiffs. New trial refused, and judgment, &c.

The appellant claims a reversal on three grounds:

1. The complaint fails to allege that "*Havens & Pollock*" were partners, and that the notes were signed by their firm-name.

2. The notes being the joint notes of *Havens & Pollock*, a separate judgment could not be taken against *Pollock*.

3. The Court found for the plaintiffs, and rendered judgment in their favor for the amount of the notes, and 6 per cent. interest thereon, when they on their face show that they are usurious.

The first and second grounds are not well taken; and as to the third, it may be noted that the point which it involves has been expressly decided by this Court. See *Wood* v. *Kennady*, 19 Ind. 68; *Coury* v. *Lewis*, *id.* 121. These decisions fully sustain the finding in the case before us, and the judgment must therefore be affirmed.

The judgment is affirmed, with costs.

*J. W. Robinson*, for the appellant.